**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINA LORIA | CASE NUMBER |
| Plaintiff(s) | 2:26-CV-01512-PA-AJR |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. et al. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

Experian Information Solutions, Inc.  ☐ Plaintiff  ☒ Defendant  ☐ Other
_____
*Name of Party*

☒ to substitute  Megan Lee Stupi                                        who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

Goodwin Procter LLP, 525 Market Street
_____

San Francisco, CA 94105          *Street Address*    MStupi@goodwinlaw.com
_____                                        _____
*City, State, Zip*                                        *E-Mail Address*

(415) 733-6280                                        366887
_____                    _____                    _____
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of  Christine E. Cheung, Jones Day
_____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of  Christine E. Cheung
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for  Experian Information Solutions, Inc.
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  June 18, 2026
_____                                        _____
                                        U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**